# ATTACHMENT 9

# ATTACHMENT 10



KOBAYASHI SUGITA & GODA, LLP
Attorneys at Law

Bert T. Kobayashi, Jr.*
Alan M. Goda*
John R. Aube*
Wendell H. Fuji*
Charles W. Gall*
Neal T. Gota
Clifford K. Higa*
Robert K. Ichikawa*
Christopher T. Kobayashi*
Jan M. L. Y. Kutsunai*
David M. Louie*
Nicholas R. Monlux
Jonathan S. Moore
Bruce A. Nakamura*

Kenneth M. Nakasone*
Gregory M. Sato*
Jesse W. Schiel*
Craig K. Shikuma*
Lex R. Smith*
Joseph A. Stewart*
David B. Tongg*
Maria Y.Y. Wang

*A Law Corporation

Of Counsel:
Kenneth Y. Sugita*
Jonathan A. Kobayashi
Burt T. Lau*
John F. Lezak*
Larry L. Myers*

Stephen D. Atwell
Jesse D. Franklin-Murdock
Yuko Funaki
Charles D. Hunter
Chelsea C. Maja
Aaron R. Mun
Gabriele V. Provenza
Nicholas P. Smith
Anthony F. Suetsugu
Brian D. Tongg
Caycie K. G. Wong

March 2, 2018

**<u>VIA FEDERAL EXPRESS</u>**

Dr. Jeffrey Allen
Central Office, Bureau of Prisons
320 First Street N.W.
Washington DC 20534

Re: <u>Albert S. N. Hee, 04602-122</u>

Dear Dr. Allen:

I represent Mr. Albert S.N. Hee, 04602-122 currently incarcerated in Federal Prison Camp, Terra Haute, Indiana. The doctors at Terra Haute have sought a medical transfer to a more suitable camp for Mr. Hee since his arrival in Terre Haute in September 2017. I understand this recommendation for transfer is currently being reviewed by you for approval.

During three sentencing hearings before U.S. District Judge Susan Mollway, the Western Regional Medical Director assured the Court Mr. Hee would receive treatment that would not jeopardize his health. This promise has not been kept by the BOP, as explained below.

Mr. Hee suffers from numerous serious medical conditions that were stable before entering prison and can be stable as long as exposure to known allergens is minimized and timely access to appropriate medications is provided. Unfortunately, the BOP is not meeting these requirements. The result of the increased exposure to allergens and lack of timely medicine to address it is that Mr. Hee's aortic aneurism has increased to the point where surgery is likely necessary. To perform the surgery while Mr. Hee remains in the conditions that caused the problem is dangerous and counterproductive.

The facilities at Terre Haute are highly aggravating to Mr. Hee's allergies, due to their location, age and condition. Moreover, the Terre Haute staff seem incapable of assuring that Mr. Hee receives food that he is not allergic to.

Mr. Hee's conditions were well controlled before he entered prison. However, the medication Mr Hee used to carry to prevent allergic reactions from progressing to the point of requiring the

use of an Epipen, is Benadryl, both oral and injectible. Benadryl is not available to be self carried in prison and must be obtained from medical personnel who are not timely available at the prison camp at Terre Haute 24/7 when reactions occur. Additionally (contrary to the representations that the BOP made to Judge Mollway when Mr. Hee was sentenced), the medical personnel at Terre Haute are not allowed to intubate.

In addition, Mr. Hee suffers from heart disease and had a heart attack some years prior to entering prison. The cardiologist who recently visited Mr. Hee confirmed that as a result of the denial of the medicine he used for many years before entering prison, and the deliberate denial of Mr. Hee's asthma medications when he self-reported to Rochester, Mr. Hee's aortic root enlarged from 44mm to 47mm.

Since being at Terra Haute Mr. Hee's aortic aneurism has increased to 52mm. This is a very serious development that was foreseeable given the additional stress on Mr. Hee's heart caused by the constant exposure to known allergens and lapses in availability of medication. The enlargement of the aneurism now requires extreme caution in using an Epipen to combat an allergic reaction. The BOP policies for serious allergic reactions call for the immediate use of an epipen to be followed by more epinephrine at 15 minute intervals. Epinephrine's stimulation of the heart will almost certainly result in the bursting of the aortic aneurism and Mr. Hee's death. To prevent the overuse of the epipen, Mr Hee has relied on injectable Benadryl prior to incarceration. Without the ability to carry the injectable Benadryl and the lack of medical personnel 24/7 to administer the Benadryl, creates the dangerous situation where he could be forced to use the epipen when medical personnel not familiar with Mr. Hee's condition follow BOP policy.

Mr. Hee requested a transfer to the Prison Camp at Devens Mass because it is part of a Federal Medical Center and can therefore support his medical conditions better; he lived in the northeast for 8 years so is familiar with the environment and there is a support system consisting of his daughter and his friends. Terre Haute is the worst of the level 3 medical camps for Mr. Hee.

The inability of the BOP to adequately care for Mr. Hee is documented in his request for compassionate release submitted in September 2016 and still being considered. The situation has changed dramatically with the increase of his aortic aneurism from 47mm to 52mm. As I am sure you are aware, the size at which an operation may be necessary is 50mm. I'm sure you are also aware that the operation is an open heart surgery. During his sentencing Judge Susan Mollway specifically stated that Mr. Hee's sentence is not to be a death sentence. Yet, conditions at Terre Haute are making that eventuality more and more likely.

The cardiologist's findings confirm that the conditions at Terre Haute, together with the lack of appropriate treatment is jeopardizing Mr. Hee's health; and if a change is not made Mr. Hee's 46 month prison sentence may actually be the "death sentence" Judge Mollway said it should not be. Accordingly, we respectfully urge that the request for compassionate release be granted, or

in the alternative that Mr. Hee be moved to a facility with fewer allergens and the capability of providing 24/7 treatment.

Very truly yours,

LEX R. SMITH
   for
KOBAYASHI, SUGITA & GODA